IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | DR:10-CR-0216 (1) AM |
| JUAN FRANSISCO TORRES CRUZ<br>Defendant | § § § § | |

ORDER ON MOTION TO CONTINUE SENTENCING

Defendant JUAN FRANSISCO TORRES CRUZ's Motion for Continuance is hereby:

_✓_    GRANTED  *Last Cont!*

_____    DENIED

Signed in Del Rio, Texas on this the 6th day of Dec., 2011.

Honorable Alia Moses
United States District Judge

FILED
2011 DE -6 PM 3:43
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY